■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PARRY M. ALLEN, Appellant.—Judgment unanimously af-

firmed *(see, People v Perrin,* 163 AD2d 809 [decided herewith]). (Appeal from judgment of Chautauqua County Court, Adams, J.—burglary, second degree.) Present—Callahan, J. P., Doerr, Green, Balio and Davis, JJ.